UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MUSIE HAILE**                                                            Case No. 3:14-cv-01996-HZ

                                     Plaintiff,                          ORDER FOR EAJA FEES

vs.

**COMMISSIONER of Social Security**,

                                     Defendant.


Based upon the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's

EAJA petition, it is hereby ordered that EAJA attorney's fees of **$7039.72** shall be awarded to

Plaintiff, unless there is an allowable offset  under the Department of the Treasury's Offset

Program.  See *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).  There are no costs or expenses.

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the

Department of the Treasury's Offset Program, then the check for EAJA fees shall be made

payable to Plaintiff's attorney, Martin R. Cohen, based upon Plaintiff's assignment of these

amounts to Plaintiff's attorney.

Any check for EAJA fees should be mailed to Plaintiff's attorney as follows:

**Martin R. Cohen**
**Attorney at Law**
**PO Box 1229**
**Lake Oswego, OR 97035**

DATED this __6__ day of May, 2016.


MARCO A. HERNANDEZ
UNITED STATES DISTRICT JUDGE

Presented by:
/s/   Linda Ziskin_____
**LINDA ZISKIN,** OSB # 011067
(503) 889-0472
 Of Attorneys for Plaintiff