IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MUSIE HAILE,

        Plaintiff,

    v.

COMISSIONER SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

No. 3:14-cv-01996-HZ

ORDER

HERNANDEZ, District Judge:

    Plaintiff Musie Haile brought this action seeking review of the Commissioner's final decision to deny him disability insurance benefits and supplemental security income. In a February 14, 2016, Opinion & Order, this Court reversed the Commissioner's decision and remanded the case for further proceedings. Judgment was entered the same day. The additional proceedings resulted in payment of benefits. Pl.'s Mot. Ex. 1, ECF 25-1.

Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Defendant has no objection to the request. The Court has reviewed the record in the case, the motion, and the supporting materials including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court finds the requested fees reasonable.

## CONCLUSION

Plaintiff's motion [25] is granted. The Court awards Plaintiff's counsel $22,952 in attorney's fees under 42 U.S.C. § 406(b). Previously, Plaintiff's counsel received $7,039.72 in fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the section 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract the amount previously awarded under EAJA and send Plaintiff's attorney the balance of $15,912.28, less any applicable processing fees as allowed by statute.

IT IS SO ORDERED.

Dated this \_\_\_11\_\_\_ day of \_\_\_JULY\_\_\_, 2017.

_____
MARCO A. HERNÁNDEZ
United States District Judge